FILED
HARRISBURG, PA
JUL 22 2019
Per_____ CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:06-CR-0045 |
| | ) | |
| Plaintiff | ) | (Chief Judge Conner) |
| | ) | |
| v. | ) | |
| | ) | |
| DANG PHAM | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| ************************************ | ) | |
| | ) | |
| PENN'S AUTO, INC. | ) | |
| | ) | |
| Garnishee | ) | (Electronically Filed) |

### ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

Christopher C. Conner
United States Chief District Judge

DATE: 7/22/19